**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00330-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PATRICK BALASE,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter is before the Court upon appearance by counsel.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **August 10, 2009** and responses to these motions shall be filed by **August 25, 2009.**  It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **September 18, 2009, at 2:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

    FURTHER ORDERED that a five-day jury trial is set for **September 28, 2009, at 1:30 p.m.**, in Courtroom A602.

    DATED:  July 28, 2009.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge