**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00330-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN PATRICK BALASE,

      Defendant.

---

**AMENDED ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

---

This matter is before the Court *sua sponte*.  This Court's Order dated July 30,

2009 (Doc. # 15), granting a 90-day continuance in this case, is AMENDED as follows:

1)     The title should read:  "ORDER GRANTING ENDS OF JUSTICE

      CONTINUANCE"; and

2)     The final paragraph should read:

     FURTHER ORDERED that counsel are DIRECTED to call
Chambers (303-335-2174), *via* conference call, no later than noon, August
24, 2009, with their calendars available in order to reset dates.

The remainder of this Court's July 30, 2009 Order (Doc. # 15) remains in effect,

as set forth therein.

     DATED:  August __14__, 2009

                               BY THE COURT:

                               *Christine M Arguello*

                               _____

                               CHRISTINE M. ARGUELLO
                               United States District Judge