**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00330-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JOHN PATRICK BALASE,

 Defendant.

---

**ORDER RESETTING TRIAL DATES AND DEADLINES**

---

 Pursuant to a telephone conference between counsel and Chambers staff, in response to this Court's Order (Doc. # 22) dated August 14, 2009, it is

 ORDERED that all pretrial motions shall be filed by **October 11, 2009** and responses to these motions shall be filed by **October 25, 2009.** It is

 FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **October 30, 2009, at 2:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

 FURTHER ORDERED that a five-day jury trial is set for **November 16, 2009, at 9:00 a.m.**, in Courtroom A602.

 DATED: August __21__, 2009

               BY THE COURT:

               *Christine M. Arguello*
               _____
               CHRISTINE M. ARGUELLO
               United States District Judge