**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00330-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PATRICK BALASE,

    Defendant.

---

**AMENDED ORDER RESETTING TRIAL DATES AND DEADLINES**

---

    This matter is before the Court *sua sponte*. This Court's Order Resetting Trial Dates and Deadlines (Doc. # 24) should be amended as follows:

    IT IS ORDERED that all pretrial motions shall be filed by **September 11, 2009** and responses to these motions shall be filed by **September 25, 2009.** It is

    The Final Trial Preparation Conference date of October 30, 2009, at 2:30 p.m., and the trial date of November 16, 2009, at 9:00 a.m., shall remain on this Court's docket as set forth in Doc. # 24.

    DATED:  August __21__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge