UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KATHLEEN M. TAFOYA<br>U.S. Magistrate Judge | N. Marble<br>Deputy Clerk |
| Case Number:  09-cr-00330-CMA | FTR CD FTCC-am |
| Date: August 24, 2009 | |
| UNITED STATES OF AMERICA | Krislene M. Lorenz |
| v. | |
| JOHN PATRICK BALASE | Joseph G. Scheideler |

_____

**MOTION HEARING**
_____

Court in Session: 10:33 am

Court calls case and appearances of counsel. Defendant appears with counsel Joseph G. Scheideler. Sue Heckman for probation department.

The court hears arguments by the defense and the government as to the Defendant's Motion to Review Magistrate's Order Regarding the Defendant's Conditions of Release (Document #16).

**ORDERED**: The Motion to Review Magistrate's Order Regarding the Defendant's Conditions of Release (Document #16), is denied. Defendant is to remain in the half-way house as previously ordered.

Court in recess: 10:56 am   Total time: 23 minutes

Hearing concluded.