**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00330-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PATRICK BALASE,

    Defendant.

## ORDER TO QUASH

This matter is before the Court upon the Government's Motion To Quash Warrant of Removal (Doc. # 55; 10-mj-1568, Central District of California, docket # 9). The Court having considered the motion, it is

ORDERED that the Warrant of Removal is hereby quashed, and the United States Marshal's Service is ORDERED to transport Defendant John Patrick Balase directly to the designated facility within the Bureau of Prisons to begin serving his sentence.

    DATED: July __17__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge